IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ELBERT WALKER, JR,** | : | |
| | : | |
| Petitioner, | : | |
| VS. | : | NO. 5:23-CV-00399-MTT-CHW |
| | : | |
| **DISMAS CHARITIES INC**, *et al.*, | : | |
| | : | |
| Respondents. | : | |
| _____ | : | |

## ORDER

*Pro se* Petitioner Elbert Walker, Jr., a federal prisoner who is currently confined in a residential reentry center in Macon, Georgia, has filed a document that has been construed as a petition seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2241 (ECF No. 1). Petitioner has also filed motion for immediate release from custody (ECF No. 4). In these documents, Petitioner appears to seek his release from the residential reentry center in which he is currently housed. If Petitioner wishes to proceed with this action, he must recast his petition using the Court's standard § 2241 form and submit it to the Court within **FOURTEEN (14) DAYS** of the date shown on this Order. The Recast Petition will supersede (take the place of) the initial Petition (ECF No. 1) and any claims made in Petitioner's motion for immediate release (ECF No. 4). Petitioner should therefore include each of his claims for relief in his Recast Petition, even if he has already included those claims in the documents he has already filed with the Court. The Clerk is **DIRECTED** to mail Petitioner copies of the appropriate forms for this purpose, marked with the case number of the above-captioned action. Because Petitioner will have the opportunity to

raise any claims made in his motion for immediate release in his Recast Petition, his motion (ECF No. 4) is **DENIED as moot.**

Petitioner is also directed to notify the Court immediately and in writing of any change in his mailing address. **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application.** There will be no service of process in this case until further order.

**SO ORDERED**, this 17th day of November, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge
