IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ELBERT WALKER, | * |
| Plaintiff, | *   Case No.  5:23-CV-399   MTT - CHW |
| v. | * |
| ASHLEY THOMPSON, | * |
| Defendant. | * |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated 4/28/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 28th day of April, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk